# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0135. PAUL WILLIAMS v. THE STATE.**

The above appeal was docketed in this Court on September 16, 2015. Pursuant to the Rules of this Court, appellant's enumeration of errors and brief were due on October 6, 2015. See Court of Appeals of Georgia Rule 23.

On October 21, 2015, this Court ordered appellant to file on or before October 31, 2015. It appearing appellant's brief and enumeration of errors have not been filed as of the date of this order, it is hereby ordered this appeal be DISMISSED. See Court of Appeals of Georgia Rules 7 and 13.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/12/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*